IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: BEVERLY S. HOYT — CHAPTER 13
DEBTOR. — CASE NO. 17-33317

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Comes now the above listed Debtor and objects to the Trustee's Motion to Dismiss. As grounds Debtor states as follows:

1. Debtor passed away on 2/4/2019.

2. We will be meeting with the family soon to discuss her case.

3. Our office wishes for the case to remain active at this time.

Dated: March 8, 2019

/s/ David Weston
_____
The Anderson Law Firm, LLC.
David Weston-Attorney for Debtor
7515 Halcyon Pte. Dr.
Montgomery, AL 36117
(334) 265-4477

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing motion on the Chapter 13 Trustee, via electronic filing.

Dated: March 8, 2019

/s/ David Weston
_____
The Anderson Law Firm, LLC.
David Weston-Attorney at Law